STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LEO LAMONT MIDDLETON, DEFENDANT-APPELLANT.

Argued October 4, 1977—Decided November 1, 1977.

· *Mr. Thomas A. Pavics,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Robert A. Jacobson,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the majority opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—6.

*For reversal*—None.